UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY SHELDON WARD, JR., | No. 2:18-cv-0931 DB P |
| Petitioner, | |
| v. | ORDER |
| J. SALAZAR, WARDEN, | |
| Respondent. | |

Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed; and

////

////

1

1     2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis

2 form used by this district.

3 Dated: May 31, 2018

4

5

6

      DEBORAH BARNES
      UNITED STATES MAGISTRATE JUDGE

DLB:13

7 DB/ORDERS/ORDERS/PRISONER.HABEAS/ward0931.101a

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28